## AMY SLADE DALE, PROSECUTOR, v. BOROUGH OF BAYHEAD, RESPONDENT.

Argued November 10, 1916—Decided February 27, 1917.

By virtue of the act of 1916 (*Pamph. L., p.* 525), an ordinance for the issue of municipal bonds is conclusively presumed to have been duly and regularly passed and to comply with the provisions of the statutes; and its validity cannot be questioned except in a suit, action or proceeding commenced prior to the expiration of the twenty days after the first publication of the statement required by the act. *Held,* in an action commenced after the expiration of the twenty days, that the conclusive presumption applies to a case where the municipality had lawful authority to make the improvement at the time proposed for the issue of the bonds although not at the time of the first publication of the ordinance and that the validity of the ordinance could not be questioned.

On *certiorari.*

Before Justices SWAYZE, MINTURN and KALISCH.

For the prosecutor, *Charles E. Scribner.*

For the defendant, *Clarence H. Murphy.*

The opinion of the court was delivered by

SWAYZE, J. The question is the validity of an ordinance providing for the issue of bonds for the construction of a sewer system. The ordinance for the bonds was passed by the council July 17th, 1916. It was published July 21st. The statement published therewith as required by statute gave notice that the bonds would be issued and delivered after August 18th; but would not be issued if protest was filed under section 9, chapter 252 of the laws of 1916, unless a proposition for the issuance was adopted at an election under that section. There was no protest. Thereupon, by virtue of section 2, paragraph 3 of the act of ·1916 (*Pamph. L., p.* 525), the ordinance was conclusively presumed to have been duly and regularly passed and to comply with the provisions of that or any other act. It is said, however, that this conclusive presumption is not applicable to a case where the borough is not lawfully authorized to issue bonds. We do not doubt that proposition. The answer is that it is not applicable; in this case, on the day fixed for the issue of bonds, August 18th, the borough had the authority; by virtue of an election held August 1st, pursuant to section 90 of the Borough act. *Comp. Stat., p.* 273. It is urged that the ordinance for the issue of the bonds was passed before that election and that the borough had no authority to construct sewers at the time the ordinance was passed and the statement published. This fact, however, shows only a failure in the proceedings for the bond issue, and in the absence of the protest provided for by the act we are compelled to the conclusive presumption that the ordinance was duly and regularly passed and complied with the statutes; by express statutory provision the validity of the ordinance cannot be questioned, since no action or proceeding was commenced prior to the expiration of the twenty days. Cases decided prior to the act of 1916 are not applicable. The writ is dismissed, with costs.